# IN THE SUPREME COURT OF THE STATE OF NEVADA

JACK L. COCHRAN, AN INDIVIDUAL;
AND BARBARA COCHRAN, AN
INDIVIDUAL,

        Appellants,

vs.

VANDERBILT MORTGAGE AND
FINANCE, INC.,

        Respondent.

No. 77301

FILED

AUG 20 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Linda Marie Bell, District Judge
       John Walter Boyer, Settlement Judge
       Peters & Associates, LLP
       Hutchison & Steffen, LLC/Las Vegas
       Quintairos, Prieto, Wood & Boyer, P.A.
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-34927